**DISMISS; and Opinion Filed June 15, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00679-CR

**MALCOM DESHAWN TAYLOR, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MA-1381417-K**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Brown
Opinion by Justice Lang-Miers

Malcom Deshawn Taylor pleaded nolo contendere to Class A misdemeanor driving while intoxicated. In accordance with the plea agreement, the trial court sentenced him to thirty days in jail and a $300 fine. The trial court certified that appellant does not have a right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

160679F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MALCOM DESHAWN TAYLOR,
Appellant

No. 05-16-00679-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court
No. 9, Dallas County, Texas
Trial Court Cause No. MA-1381417-K.
Opinion delivered by Justice Lang-Miers,
Justices Evans and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 15th day of June, 2016.